UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYMUNDO LEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01381-NONE-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO STATE A CLAIM<br><br>(Doc. No. 8) |

On October 2, 2019, plaintiff, who is incarcerated and proceeding *pro se*, filed a complaint against defendants under 42 U.S.C. § 1983, in which he seeks to proceed on excessive force claims related to an out-of-custody interaction with law enforcement and subsequent arrest. (Doc. No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*, which was granted on October 7, 2019. (Doc. Nos. 2, 3.)

On November 21, 2019, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff failed to state a cognizable claim under 42 U.S.C. § 1983 against any of the defendants. (Doc. No. 5.) The magistrate judge granted plaintiff 21 days to file an amended complaint to cure the deficiencies identified in the screening order. (*Id.* at 9.) To date, plaintiff has not filed an amended complaint and the time do so has passed.

On February 7, 2020, the magistrate judge directed plaintiff to show cause within 21 days why the case should not be dismissed for his failure to comply with the November 21, 2019 order, and warned plaintiff that if he did not respond to the order, a recommendation would issue that the action be dismissed. (Doc. No. 7.) Plaintiff failed to respond to the order to show cause by the deadline and has not filed a response to date.

In accordance with 28 U.S.C. § 636 and Local Rule 302, on May 12, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because plaintiff failed to comply with the order to show cause, failed to comply with other court orders, and failed to state a claim in the complaint. (Doc. No. 8.) The findings and recommendations were mailed to plaintiff's address on the docket and contained notice that any objections were to be filed within 21 days. (*Id.*) No objections have been filed.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

<u>ORDER</u>

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated May 12, 2020 (Doc. No. 8), are adopted in full;
2. This action is dismissed with prejudice due to plaintiff's failure to comply with court orders and failure to state a claim; and
3. The Clerk is directed to assign a district judge to this case for the purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **July 8, 2020**

_____
UNITED STATES DISTRICT JUDGE